JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

Receipt # 11090276
7/22/10 $2.01
Ck # 10122

TEL: (716) 831-1994

July 20, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Jerome A. Denz/Marlene M. Denz
            d/b/a Jerome A. Denz, M.D., Wholesale Optical, Inc.
            a/k/a Jerome A. Denz M.M.D Optical of Florida LLC
            d/b/a Marlene M. Denz, M.D. Wholesale Optical Inc.
            Bk. No. 05-91422B

Dear Sir/Madam:

    Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Jerome A. Denz/Marlene M. Denz's check no. 10122 in the amount of $2.01 which represents payment of the following claims:

| | | | |
|---|---|---|---|
| 1. | Claim No. 1 | Northeast Verizon Wireless<br>Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61701 | $2.01 |

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                    Very truly yours,

                    JOHN H. RING, III

JHR/pls
Enc.


FILED JUL 22 2010 BANKRUPTCY COURT BUFFALO, NY